■ PRUDENTIAL HOME MORTGAGE COMPANY, INC., Respondent, v CHONG WENG TAY, Appellant. [636 NYS2d 665] —In an action for the foreclosure and sale of real property, the defendant appeals from an order of the Supreme Court, Richmond County (Amann, J.), dated June 30, 1994, which granted the plaintiff's motion for summary judgment.

Ordered that the order is affirmed, with costs.

The defendant has failed to raise a triable issue of fact as to whether he defaulted on the note or whether the plaintiff properly exercised its option to accelerate payment on the note (see, CPLR 3212 [b]). Bracken, J. P., O'Brien, Ritter, Friedmann and Goldstein, JJ., concur.

■ CATHERINE QUACKENBUSH et al., Respondents, v RICHARD SQUITIERI et al., Appellants. [636 NYS2d 661] —In an action to recover damages for personal injuries, etc., the defendants appeal from an order of the Supreme Court, Suffolk County (Newmark, J.), dated September 16, 1994, which, upon reargument, denied the defendants' motion for summary judgment.

Ordered that the order is affirmed, with costs.

On the record before us, there is a question of fact as to whether the injured plaintiff sustained a serious injury within the meaning of Insurance Law § 5102. Accordingly, the Supreme Court properly denied the defendants' motion for summary judgment dismissing the complaint. Sullivan, J. P., Thompson, Krausman and Florio, JJ., concur.